ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Turner Construction Company | ) | ASBCA No. 61878 |
| | ) | |
| Under Contract No. N40080-16-C-0156 | ) | |

APPEARANCES FOR THE APPELLANT:     Amy Garber, Esq.
                                   Robert J. Symon, Esq.
                                     Bradley Arant Boult Cummings LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                     Navy Chief Trial Attorney
                                   Ellen M. Evans, Esq.
                                   Julie C. Ruggieri, Esq.
                                     Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: February 20, 2020

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61878, Appeal of Turner Construction Company rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals